UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND S. MURO, | No. C 08-1053 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. K. SISTO, | |
| Respondent. | |

This action is dismissed because the Teague rule bars habeas relief on the petition for writ of habeas corpus.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 5, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LELAND S.MURO,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.
_____/

Case Number: CV08-01053 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leland S. Muro K-89297
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: August 5, 2008

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk